**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,                     :
                                              :
                         Plaintiff,           :
                                              :
v.                                            : Criminal No. 14-CR-436(CCC)
                                              :
                                              :        **O R D E R**
ROBERT SCERBO,                                :
                                              :
                         Defendant(s)         :

         This matter having come before the Court by way of

Defendant, Robert Scerbo's motion requesting early termination of his

supervised release period, and the Court having considered

Defendant's request; objection having been provided by the United

States of America and by the U.S. Probation Office; Accordingly,

         **It is on this ___4___ day of October, 2018;**

         **ORDERED** that the defendant, Robert Scerbo's motion for

early termination from supervised release is hereby **DENIED.**

                                   _____
                                   CLAIRE C. CECCHI,
                                   UNITED STATES DISTRICT JUDGE